UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN ADAMS ANDREWS,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 23-cv-01445-JST<br><br>**ORDER OF DISMISSAL** |

On or about March 23, 2023, Petitioner filed this *pro se* petition for a writ of habeas corpus. ECF No. 1. On March 28, 2023, the Clerk of the Court informed Petitioner that this action was deficient because Petitioner had not paid the filing fee or filed an application to proceed *in forma pauperis*, and instructed Petitioner to correct this deficiency by May 5, 2023. ECF No. 4. The deadline has passed, and Plaintiff has neither paid the filing fee nor filed an application to proceed *in forma pauperis*, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must be accompanied by either the filing fee or an *in forma pauperis* application on the proper form with the required supporting documents. The Clerk shall enter judgment in favor of Respondent and close the file.

**IT IS SO ORDERED.**

Dated: May 22, 2023

                                                        JON S. TIGAR
                                         United States District Judge